1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GEORGE A. BROOKS, ET AL., | CASE NO. 07cv0773 BTM (NLS) |
| 12                             Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE RULE 72(a) OBJECTIONS** |
| 13      vs. | |
| 14  MOTSENBOCKER ADVANCED DEVELOPMENTS, INC., ET AL., | |
| 15 | |
| 16                             Defendants. | |

17

18      Plaintiffs have filed timely objections to the Magistrate Judge's order of June 9, 2008.

19  However, Plaintiffs simultaneously filed a motion with the Magistrate Judge for

20  reconsideration of the June 9 order.   Therefore, Plaintiffs' Rule 72(a) objections are

21  premature and are **DENIED WITHOUT PREJUDICE**.  If the motion for reconsideration is

22  denied in whole or in part, Plaintiffs may file objections to the order on the motion for

23  reconsideration and the underlying June 9 order.

24  **IT IS SO ORDERED.**

25  DATED:  June 20, 2008

26

27                                        Honorable Barry Ted Moskowitz
                                          United States District Judge

28