# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BROOKS; BROOKS INDUSTRIES, INC.,<br><br>    Plaintiff,<br>v.<br><br>MOTSENBOCKER ADVANCED DEVELOPMENTS, INC.; GREGG A. MOTSENBOCKER; SKIP A. MOTSENBOCKER,<br><br>    Defendants. | Civil No. 07cv773 BTM (NLS)<br><br>**ORDER:**<br>**(1) FOLLOWING DISCOVERY CONFERENCE ON JUNE 25, 2008;**<br>**(2) GRANTING DEFENDANTS' MOTION TO COMPEL [Doc. No. 103]; and**<br>**(3) GRANTING PLAINTIFFS' MOTION TO ALTER OR AMEND COURT'S ORDER OF JUNE 9, 2008 [Doc. No. 105]**. |

The Court held a status conference regarding discovery on June 25, 2008. Michael Trevelline, Esq. and Peter Shenas, Esq. appeared for Plaintiffs. Patrick Webb, Esq. appeared for Defendants. The parties and the Court discussed outstanding discovery issues and made several Orders on the record. The following memorializes the Court-issued Orders.

**Defendants' Motion to Compel Completion of Brooks Deposition.**

Patrick Webb confirmed that Defendants seek to compel only the seventh and final hour of plaintiff Brooks' deposition. For good cause shown, the Court **GRANTS** Defendants' motion. Defendants shall finish taking Brooks' deposition, in or around the Washington, D.C. area, ***during the week of July 21, 2008***. The originals of the documents that Michael Trevelline sent, or will immediately send, to Peter Shenas' office, shall be reviewed and/or copied by Defendants no later than ***July 3, 2008***. The Court **DENIES** Defendants' request for sanctions.

**Plaintiffs' Motion to Alter or Amend Order of June 9, 2008.**

The Court reviewed Plaintiffs' motion to reconsider its prior Order regarding extending the discovery period to allow for service of a subpoena and the taking of the deposition of Naomi Craft. For good cause shown, the Court **GRANTS** the motion to alter or amend the June 9 Order. Plaintiffs shall have until ***July 25, 2008*** to serve Naomi Craft with a deposition subpoena. If she is successfully served within this time frame, Plaintiffs may then schedule and take her deposition.

**Depositions of Third Party Witnesses on the East Coast.**

The parties are trying to finalize the schedule for the taking of approximately five third-party witness depositions on the East Coast during the week of July 21, 2008. The parties shall file, by ***July 17, 2008***, a confirmation letter between counsel that confirms the deponent's name and the date, time and location for each deposition.

**Order re: Discovery Motions and Objections.**

The Court admonished the parties for their behavior regarding discovery disputes. The Court **ORDERS** that no further discovery motions shall be filed without prior Court approval. Further, to the extent any of the discovery issues pending before Judge Moskowitz in the form of Rule 72(a) objections have been resolved, the parties shall withdraw those objections.

**IT IS SO ORDERED.**

DATED: June 26, 2008

Hon. Nita L. Stormes
U.S. Magistrate Judge